■ In the Matter of Brian Davis, Respondent, v Harold J. Smith, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously affirmed *(see, People*

*ex rel. Corcoran v Smith,* 105 AD2d 1142; *Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *affd* 64 NY2d 1003). (Appeal from judgment of Supreme Court, Wyoming County, Wolfgang, J.—art 78.) Present—Hancock, Jr., J. P., Doerr, Green, O'Donnell and Schnepp, JJ.